10 So.3d 689 (2009)
Ana Maria Arias HARVEY, etc., Appellant,
v.
CONCORD FUND IV RETAIL, L.P., etc., et al., Appellees.
No. 3D07-2187.
District Court of Appeal of Florida, Third District.
May 6, 2009.
Beckham & Beckham, P.A., and Pamela Beckham, Miami, for appellant.
Kubicki Draper and Sharon C. Degnan, Fort Lauderdale, for appellees.
Before GERSTEN, C.J., and WELLS and LAGOA, JJ.
PER CURIAM.
Affirmed. See Allstate Ins. Co. v. Hinchey, 701 So.2d 1263 (Fla. 3d DCA 1997).